FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WILLIAM ALLISON,<br><br>Defendant. | No.   4:17-CR-06044-SMJ<br><br>PROTECTIVE ORDER |

Before the Court, without oral argument, are the United States of America's Motion for a Protective Order, ECF No. 22, and related motion to expedite, ECF No. 23. Through this motion, and pursuant to 18 U.S.C. § 3509(d)(3)(B)(ii), the Government seeks a protective order from this Court regarding the dissemination of discovery materials and sensitive information regarding the minor victims in this case.

Defendant is charged by Indictment with two counts alleging the following violations: 18 U.S.C. § 2423(b), Travel with Intent to Engage in Illicit Sexual Conduct, and 18 U.S.C. § 2422(b), Attempted Enticement of a Minor. The United States represents that, given the nature of the allegations in this case, the discovery

ORDER **-** 1

in this matter includes information about minors who are the subjects of an ongoing investigation relating to sexual exploitation involving Defendant.

Because a minor is involved in this case, the privacy protection measures required under the Child Victims' and Child Witnesses' Rights Act, 18 U.S.C. § 3509, apply. The Act requires that certain measures be taken to protect the minor's privacy. *See* 18 U.S.C. §§ 3509(d)(1)–(2). The Act permits the Court to issue a protective order "protecting a child from public disclosure of the name of or any other information concerning the child in the course of the proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child." 18 U.S.C. § 3509(d)(3)(A).

Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for a Protective Order, **ECF No. 22**, and related motion to expedite, **ECF No. 23**, are **GRANTED.**
2. The United States' proposed protective order, **ECF No. 22-1**, is **APPROVED** and incorporated herein by reference.

ORDER - 2

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of December 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 3